IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT G. SMITH,

    Plaintiff,

v.

WELCOME ROSE, Examiner,
WILLIAM POLLARD, Warden, and
MICHAEL DELVAUX,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-233-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

2/19/10
Date